Matter of Horwitz

2026 NY Slip Op 03052

May 14, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Harry Aaron Horwitz, an Attorney. (Attorney Registration No. 2287241.)

Decided and Entered:May 14, 2026

PM-98-26

Calendar Date: May 11, 2026

Before: Pritzker, J.P., Ceresia, Powers, Mackey And Ryba, JJ.

Harry Aaron Horwitz, Cherry Hill, New Jersey, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Harry Aaron Horwitz was admitted to practice by this Court in 1989 and lists a business address in Princeton, New Jersey with the Office of Court Administration. Horwitz now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Horwitz's application.

Upon reading Horwitz's affidavit sworn to April 28, 2026 and filed April 30, 2026, and upon reading the May 7, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Horwitz is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Pritzker, J.P., Ceresia, Powers, Mackey and Ryba, JJ., concur.

ORDERED that Harry Aaron Horwitz's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Harry Aaron Horwitz's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Harry Aaron Horwitz is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Horwitz is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Harry Aaron Horwitz shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.